# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERNEST VESSELL

VERSUS

SERGEANT LONZO JONES; AND STATE
OF LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONS, DIXON CORRECTIONAL
CENTER

NO.   2022 CW 0343

JULY 18, 2022

---

In Re:   Sergeant Lonzo Jones and State of Louisiana through
Louisiana Department of Public Safety and Corrections,
Dixon Correctional Center, applying for supervisory
writs, 20th Judicial District Court, Parish of East
Feliciana, No. 46032.

---

BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.

WRIT DENIED.

GH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT